3-21-CV-161-BJD-JKK

2-4-2021

Complaint (Pleading) Please Here My Cry
The 14th Amendment

This Case Still going Accident since March 1, 2010. Devorice April 5, 2011, not April 5, 2010. By Back dating by Larry Howard Russ his Ex-Wife Paula Russ and Family members, Plus The Department of the Navy, Possible (EPA) Environmental Protection Agency Research Medicare and Medicaid (Hidden Record Medical November 2018.

No One is Mental, for telling on Government Agencies for On going "Scams" of Insurance Claims and calling the Plaintiff
1. Schyophrenica See Document
2. Psychotic Disorder

Out of X President Obama and The White House 2003 News ad and by a Reporter Green other News ad David Berlin 2019 and when I went to Washington D.C. June 2020.

A document was handed to me about this Plus you Reveal yourselves to me (I have the same as stated documents and ads states.

That as follows causes these conditions, Problems Or tactics and you are called a "Target" and

FILED 2021 FEB 17 AM 11:26 CLERK, US DISTRICT COURT MIDDLE DISTRICT OF FL JACKSONVILLE FLORIDA



I have found out to be very true that ads states 1. Lawyers 2. Doctors 3. Wealth Management Departments 4. Bankers 5. Care Professional 6. Court appointed Guardains & Children are shaking down Seniors.

Plus, known all the way to the White House 2. Justice Department 3. The Supreme Court are aware already of Plaintiff issues 4. News ads, 5. Court Cases 6. Documents.

Given in Reconsideration to the Department of the Navy, did Reconsiderate the case, because the nature of these Crimes.

<u>Ticket or Cited</u> March 1, 2010
Ms Angela Gaylord was cited or got the ticket Accident not me. By Officer T. Davis. Ticket number a Citation number 6748-6 JN check Digit 7.

But, On Plaintiff Permanent impairment Evaluation states multiple Car accident and several vehicles were involved. T. Davis Officer states One Ms. Angela Gaylord.

There is no multiple cars its a "lie"

Stolen medical records 2014, 2017, 2020 2014 by this Holly Russ I believe is really Ey Husband Larry Howard Russ Ey wife Paula Russ stolen 2014

2017, 2019 at Healthone The medical Centers of Aurora.

2014, 2017, 2019, 2020 all at Mental institution using against the Plaintiff of Soft Tissue, Fluids Hidden Medical Records by institutions, Doctors, E.R Etc.

<u>See Court Cases</u>
1. State Farm VS. Curtis Campbell
2. Kugler (3 Doctors) the layout how they do Soft Tissue injuries. My case is the same and will litigate you Vigorously

If I havent been treated Pass litigated Vigorously to inhuman and against my Civil Rights to as follows:
1. life
2. Liberty
3. Property

I have (2) two other Cases of Accidents or injuries
1. United Health Care Plaintiff Insurance 2018
2. Kaiser Permanente since June 23, 2015 The Medical Center of Aurora ect a Collection Agency or another insured called Srover Solutions, Inc. found out in 2020

"<u>About Implanting of Plaintiff as follows</u> ("See Documents")

1. 2-01-2012   Ex-Husband Larry Howard Russ under Tri-Care insurance shows
By Dr. Kevin Farmer

negative on bills so, was Re-
intrust shows on invoice
I went in under Medicaide

I was to have Rotator Cuff
Repair complete no Consent

2. 8-15-2017 Left Eye Implanted (use Medication Since)
   8-22-2017 Right Eye Implanted (use Medication Since)

By Dr Jacob    Should of been Lazer Surgery
   Kodzman     no Consent

3. 12-13-2017 Back L5-S1 fused but was Implanted
              no Consent

By Dr. Stephen
   Pehler

4. Have a Document by "DO Lisa jo Floyd"
   Clearly states Implants IV

"Injuries"
3-00-2010

1. Brain  MRI reveal 3-25-2010 White Matter
   an increase, Brain Signal no care
   But on 2011 wires put on head and
   forehead. One 2017 Dr. Kimberly Larson
   a OB GYN Physician 5-04-2017 Plaintiff
   have Brain Fluids questionable

found in Hidden Records at the HealthOne Medical Center of Aurora and Fluids of the Ot in the Ovaries the Cu-de-Sac.

Now On (10) ten years later Mental again at Flager Hospital in St Augustine.

Now in the Brain finally 11-14-2020 found Out states a Nonspecific White matter disease but most Commonly associated with chronic microvascular ischemia.

2. Both Shoulders left Small Rotator Cuff Tear Implanted (no consent)

Right Shoulder 2 (two) Surgeries, 1st surgery at Shands 2-01-2012 a Right Complete Rotator Cuff Tear
By Dr. Nathan Faulkner in (Denver) 2nd Surgery 2018 a Plastic Shoulder, Plaintiff now have a Arthoplasty Shoulder

Because on 2-1-2020 I had dead Tissue a Debridgement was done (No Consent)

3. Both Hands Hurts me in usage or using them On Document 10-14-2018 states Plaintiff have a Metacarpal Bone Broken Bone in the Palm of the Hand all these years. Plaintiff got there

and Paining of movements of Bending, twisting, pulling my fingers and Hands were very Painful for me to have Broken bones in my Hands all these years. my fingers were like sticks real stiff. they didn't help me

1. Kaiser Premanante
2. Shands University of Florida
3. University of Colorado
4. The Healthone Medical Center of Aurora

4. Heart Documents about Heart Valves, Venous Thombosis. Use of Prophylatic 2010 at Putman Heart Center in other Surgeries were used also

Plus, Prophylatic antibiotic was used Prior to Surgeries found also Hidden Records 11-2020. Also 2017 and 2018 Hidden also Plaintiff has a Positive test if Positive Myocardial enfarcture. EKG testing I wasn't Passing the test.

5 Back Suppose to have L5-S1 fused Disc in the Back surgery doing pretty good Until Start Burning me, Buzzing, Vibrating and Placed in a Life Care Center of Aurora, placed in a Broken Bed most Painful Bowels everywhere Medical Products I didn't get or received wasn't good at all.

6. Vagina -- test showed Tiny fragments of Soft Tissue the Biopsy showed. I saw clear film like substance shown to me by OB GYN Dr. Christina Ballhoff

7. Eyes   also implanted Both left & Right Suppose to be lazer Surgery. I now use medication because of 1. Watery 2. itchy 3. light Pink 4. Burning Sensation irritated Eyes

The Medication or Prescription Cost me also implanted no Consent

8. Breast left and Right Breast 2010-2011 Breast was XRay as Fibroglandular Tissue showed up Denver now Kaiser Premanente here in Florida now say changing stating Elements by Dr. Genetrix

Healthone did a Biopsy 2018 Because something showed up on 1st exam so 2nd exam was a Biopsy and 1200mg of Soft Tissue was removed

Now at Flager Hospital Labe Past Surgical shows Breast implant Removal 11-12-2020 See Pictures taken April & May 2017 by Caregiver. See Pictures of Severe burning

Asking for Removal of Vagina implant

2-4-2021
Pamela Fells
Thank you

**Property** See Pictures.
      <u>Car</u> Vandalism tore-up my Car had shear film plastic to slide a light to frighten me and see tearing up seats etc.

<u>House</u> Bleached or removal of Paint Outside Grandmother house, Faces & Pictures on walls, holes and junk Put into house I was trying to tell even call the Police no help because it is Crooked to steal Insurance Claims

<u>Land</u> lost Grandmother Property Cant pay tax lost land I owned Cant pay tax