# United States District Court
## Middle District of Florida
### Jacksonville Division

Pamela Fells
5590 Ortega Park Blvd, Jacksonville, Florida 32244

    Plaintiff    Case No. 3:21-CV-161 BJD-JRK

The Department of The Navy

    Defendant

FILED 2021 APR 13 PM 12:34 CLERK US DISTRICT COURT MIDDLE DISTRICT OF FL JACKSONVILLE FLORIDA

Amended Complaint and Demand for Jury Trial

Subject Matter jurisdiction

I was told all claims goes to Department of the Navy Tort claims Unit Norfolk VA and not were the responsible party and that was Department of the Navy Recovery Unit in Pensacola Florida. Plus this case or all cases shows a Nexus meaning lawful out of State conduct may be Probative When I have demonstrated the deliberateness and culpability of the defendants action in this

State where it is tortious and has a Conduct

has a Nexus to the Plaintiff and Specific

harm to the Plaintiff

Final judgement Correction to the Dissolution of Marriage

Fraud by in the court lying by changing the

Date to update april 5, 2010 and should be

^

April 11, 2010

Plus, Fraud stating I am a Dependent which

I was not not Food, Shelter, Clothes or money no

Care Whatsoever!

2.

Plus, Department of the Navy Judge Advocate General Recovery Unit Pensacola Florida is Fraudlent.

Here is Mr. Larry Howard Russo Ex Husband asking Once the matter is settle a check made Payable to the Treasurer of the United States drafted the Amount the claim should be and mail it to letterhead address and include the injured Party Which is the Plaintiff Pamela Fells, this Document was to my attorney Mark Rosenberg, I Knew nothing about. Mark Rosenberg came on a appointment of the Plaintiff When I was to hire

another attorney, and keep stating he is a Eq. attorney

of state Farm just a set-up (Fraud).

Plus. Cancel my insurance before he left the

house April 9, 2010, the insurance was cancled

April 5, 2010 all pre-plan against the Plaintiff

for self benefits

Plus, at Heartland Rehabilitation Services

had Angela Gaylord work there where I I

Went for Therapy Angela Gaylord was the person

Who hit me or caused the accident March 1, 2010

3.

ticket was 6748-6 JN 7 officer T. Davis

Plus, changed the dated on my letter y

Protection which Mark Rosenberg my or

Plaintiff attorney, wasn't to assign or transfer

to another Provider, the date was changed to

March 22, 2010 typed in when how could it be

Plaintiff was with another attorney on that date

Farah + Farah

Plus, Went into my Bank account and charged on it

fitness center and transportation plus tip.

4.

Plus, Escape Summons a 35 day Delay Reduction

that Plaintiff Served on time the Delay Reductions

was July 17, 2019 and he was served or The Department

of the Navy was served a month Back Tuesday

May 28th 2019 by 8:00 (Fraud) in the Court Room.

Plus, Using my identity, some one or People pose

a Omnibus Reconsideration to drop the

Defendants all twenty four (24) more Fraud

I did no such a thing drop no one in the Court

Room, I tried to tell Judge Elizabeth Beebe Valy but

I was always ignored, motions were ignored or just no responses.

Relief for judgement can only be at this point of time money.

Claim or claims based on Rico and Racketeering Practices against the Plaintiff more than just an accident fraud, lying, stealing, cheating the plaintiff out of insurance claims.

Insurance claims two (2) more States claims

One my insurance United Healthcare stated accident

6.

injury and goes to another insured Optium was

On the Documents to call. I call and was told

One of the defendants or Doctors were Dr. Nathan

Faulkner did it Burn my legs, thighs with

implants.

Plus, Mr. Russ had me implanted in the rectum

and Vagina done a Shands The University of

Florida that is against my Health Burring and

Supose to of had a Right Shoulder Rotater cuff

Repair but a Ibridgment was don cleaning deed

7.

Tissue because hidden Records in Denver reveal the

Tissue injury March 1, 2010 but hide it all these

years.

Justice Ruth Bader Ginsburg
Court Case Explains How they Do Soft Tissue
Supreme court Case 502011CA000674XXXXMB

Case under fourteenth 14th Amendment

Rights to Life liberty & property

Plus, I lost (2) two properties because I couldn't

pay the taxes. Property of my Grandmother will to me

and my sister Parcel # 42-18-27-6850-2640-0D13

8.

Home land. I had Baileyville S/D MB2 P11 BLK 14

lots 1 2 3.

Pamela Fells
5590 Otega Park Blvd.
720-841-7783

Certificate of Service: I am filing this paper with the Court April 19, 2021 and sent to other Parties

9.