United States District Court
Middle District of Florida
Jacksonville Division

Pamela Fells

5590 Otega Blvd.

Jacksonville, Florida 32244

Plaintiff     Case 3:21-CV-161 BJD-JRK

Larry Howard Russ & Ex Wife Paula Russ

Defendant

Amended Complaint and Demand for Jury Trial

First, the Department of The Navy and was

Call upon by Larry Howard Russ Working

together against the Plantiff and my

Settlement. Plantiff is the injured Party

not Ex Husband business, and I was no

dependent. Couple of month we would of

been divorced. Changing April 5, 2010 When

divorced was April 5, 2011 document, plus

2;01-2012 putting Illegal implants on me

Calling me mental and Mr. Ex Wife Paula Russ

lives in Jacksonville up in Denver Putting me in

a Mental institution and some ones goes around

impersonating the Plaintiff or calling them-

Deleves my Caregiver and is not.

I am asking the Courts for Removal of Vagania

Return implants served no purpose

Stealing of settlements fire and the Navy

and I have two (2) more Case accident or

injury as the cases states from my

insurance Company State Farm seems to

2

On my insurance that United Health Care states

they are not going to pay another insured. Know

whom that is I don't know. So judge, there there

years how many more claims about me

this is just a brief of what really going on

Relief, I am entitled because I have never

gotten my settlements out of the claims.

Relief, at this time and date only money

Certificate of Service: I am filing this paper with the Court April 19, 2021

3

and sent to others.

                          Pamela Fells
                          5590 Otega Park Blvd.
                          720-841-7781

Justice Ginsberg Supreme Court Soft Tissue injury

life time injury (dont pay) court case

50 20 11 CA 000 674 XXX MB

4