United States District Court
Middle District Of Florida
Jacksonville Division

Pamela Fells
55 Golfstega Park Blvd, jacksonville, Florida 32244

Plaintiff Case No. 3:21-CV-161BJD-JRK

State Farm

Defendant

FILED
2021 APR 13 PM 12:33
CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

Amended Complaint and Demand for Jury Trial

First, Accident back in 2010 never received

a settlement. if Paid, Paid the wrong People or Person

Futhermore all claims says Pamela Fells. I

dont know whats between Medicare or Medicaid

you still didnt pay me. or CMS, your insured

Angela Gaylord got the ticket on March 1, 2010 I

have been fighting every since. I know according to

The Supreme Court judge Ruth Baker Ginsburg on Sept

Issue Accident you dont Pay the claims and I am a

Target and you will Vigorously litigate them

not to pay the claims

Two (2) more Claims done the Same way

United Healthcare contacted me three attempts that I went to the ER all the time for Burning into the Vagina and Rectum nothing done I am Mental. the claims states accident injury never Paid

2nd Claim was from Kaiser Permanente looks like a collection agency Grover did pay also. but state There been an accident or injury never Paid

again.

All I Know that Medicaide and Medicare CMS

Work together I cant even get Bills from there

People and no good answer from Everybody.

Medicare No Settlement
Entitled to Medicare Benefits
Document

One letter dated april 11, 2013 about I was

entitle to Medicare Benefits and we may need to confirm that they will make Medical treatment related to this lost

This is Fraud they Pay the claim there insured

Ms. Angela Gaylord got the ticket for injuring me they

Pay a settlement and never as this date and Time

has not settle with me, against the insurance

Commission and law Fraud Rico Racketeering

all together I am a Target because.

Dont Pay for Soft Tissue accidents
Supreme Court Justice Ruth Baker Ginsburg

This case explains making Plaintiff a Target

and how doctors, Lawyers, Bankers, wealth

managements Departments, Care Professionals,

Court appointed guardians and children who

are shaking down our seniors

So, I guess the hold deal is not just an Accident Fraud Rico Racketeering Practices and tort all up in this case.

Relief settlement only money penalties and interest are owed

Claim or Claims are way over due and are due to the injured Party not ex Husbands or family members or no one else.

Pamela Fells
5590 Otega Park Blvd.
720-841-7783

Certificate of Service: I am filing this Paper with the Court April 19, 2021 And sent to other Parties